**NO. 14-1135**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

---

99 RESTAURANTS, LLC,

*Appellant*,

v.

CONSTANZA KIRAN, on behalf of
herself and all others similarly situated,

*Appellee*.

---

APPEAL FROM ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

---

RESPONSE OF APPELLANT 99 RESTAURANTS, LLC
TO THE COURT'S INQUIRIES AT ORAL ARGUMENT

---

Michael Mankes, MA Bar No. 662127
mmankes@littler.com
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
Telephone: 617.378.6000
Facsimile: 617.737.0052

Burt M. Rublin
rublin@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8116
Facsimile: 215.864.9783

*Attorneys for Appellant,*
*99 Restaurants, LLC*

At the oral argument held in this appeal on October 9, 2014, the Court directed counsel for the parties to identify: (a) other appellate cases where the same issue concerning class arbitrability is pending; and (b) organizations which may be interested in submitting amici curiae briefs in this case.

**Other Appellate Cases**

The same issue concerning class arbitrability is now pending in the Second Circuit in the *A2P SMS Antitrust Litigation*, Nos. 14-2335, 14-2345, 14-2347, 14-2350, 14-2407, 14-2474 (2d Cir.).

There had been an appeal in the Ninth Circuit raising the same issue, but the case just settled and the appeal was dismissed last week. *Lee v. JPMorgan Chase & Co*., No. 13-57024 (9th Cir.).

Also, there had been an appeal in the Eighth Circuit raising the same issue, but the Court entered an order staying that appeal on October 2, 2014 because of appellant's bankruptcy. *Harrison v. Legal Helpers Debt Resolution, LLC*, No. 14-3010 (8th Cir.).

**Potential Amici Curiae**

Various amicus briefs were filed in the following recent cases in the United States Supreme Court and Massachusetts Supreme Judicial Court that related to class actions and arbitration: *Oxford Health Plans v. Sutter*, 133 S. Ct. 2064 (2013); *American Express Co. v. Italian Colors Restaurant*, 133 S. Ct. 2304

(2013); *AT&T Mobility, Inc. v. Concepcion*, 131 S. Ct. 1740 (2011); *Stolt-Nielsen S.A. v. AnimalFeeds Int'l. Corp.*, 559 U.S. 662 (2010); *Machado v. System4 LLC*, 465 Mass. 508, 989 N.E.2d 464 (2013); and *Feeney v. Dell, Inc.*, 465 Mass. 192, 989 N.E.2d 438 (2013). The following organizations submitted amici curiae briefs supporting the defendant in one or more of the foregoing cases:

(1) The US Chamber of Commerce
(2) New England Legal Foundation
(3) DRI – The Voice of the Defense Bar
(4) Pacific Legal Foundation
(5) Equal Employment Advisory Council
(6) Experian Information Solutions and ConsumerInfo.com
(7) The American Bankers Association, American Financial Services Association and Consumer Bankers Association
(8) Financial Services Roundtable
(9) Business Roundtable
(10) International Association of Defense Counsel
(11) "Distinguished Law Professors" (Professors Randy Barnett; Omri Ben-Shahar; Henry Butler; Richard Epstein; Todd Henderson; Michael Krauss; Gregory Maggs; Geoffrey Manne; Robert Mnookin; Michael Moreland; Nathan Oman; Stephen Presser; Larry Ribstein; Joshua Wright; and Todd Zywicki)
(12) Center for Class Action Fairness

99 Restaurants does not know if any of the foregoing organizations would be interested in submitting an amicus brief in this case.

Respectfully submitted,

/s/ Burt M. Rublin

Burt M. Rublin
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone - 215.864.8116
Fax - 215.864.9783
rublin@ballardspahr.com

*Attorney for Appellant,*
*99 Restaurants, LLC*

**OF COUNSEL:**

Michael Mankes
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA 02110
Phone - 617.378.6000
Fax - 617.737.0052
mmankes@littler.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 16, 2014, I electronically filed the foregoing Response of Appellant 99 Restaurants to The Court's Inquiries at Oral Argument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses of the following counsel for Appellee:

Stephen S. Churchill
Hillary A. Schwab
Brant Casavant
FAIR WORK PC
192 South Street
Suite 450
Boston, MA 02111

/s/ Burt M. Rublin
Burt M. Rublin