**FAIRWORK**PC | EMPLOYMENT LAW

October 16, 2014

**BY ELECTRONIC FILING**
Margaret Carter
Clerk of the Court
Court of Appeals for the First Circuit
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

RE:   *99 Restaurants, LLC v. Constanza Kiran*
      No. 14-1135

Dear Ms. Carter:

At the oral argument held in this case on October 9, 2014, the Court instructed the parties to submit a list of organizations that may be interested in submitting amicus curiae briefs. Pursuant to those instructions, counsel for Plaintiff-Appellee Constanza Kiran submits the following list of organizations:

American Arbitration Association
Office of the General Counsel
120 Broadway, 21st Floor
New York, NY 10271

Massachusetts AFL-CIO
Attn: Nicole Horberg Decter
Siegal Roitman, LLP
111 Devonshire Street
Boston, MA 02109

Massachusetts Employment Lawyers Association
Attn: Lori Jodoin
Rodgers, Powers & Schwartz, LLP
111 Devonshire Street, Fourth Floor
Boston, MA 02109

Massachusetts Office of the Attorney General
Attn: Jocelyn Jones
Fair Labor Division
One Ashburton Place
Boston, MA 02108

National Consumer Law Center
Attn: David Seligman
7 Winthrop Square
Boston, MA 02210

National Employment Lawyers Association
Attn: Roberta Steele
2201 Broadway, Suite 402
Oakland, CA 94612

National Employment Law Project
Attn: Catherine Ruckelshaus
75 Maiden Lane, Suite 601
New York, NY 10038

Public Justice P.C.
Attn: Matt Wessler
1825 K Street N.W., Suite 200
Washington, D.C. 20006

Service Employees International Union (SEIU)
  Local 32BJ, New England 615
Attn: Ingrid Nava
26 West Street, 3rd Floor
Boston, MA 02111

Should the Court require anything further, please do not hesitate to notify us.

                                        Respectfully submitted,

                                        */s/ Stephen Churchill*
                                        Stephen Churchill
                                        Counsel for Respondent-Appellee

## CERTIFICATE OF SERVICE

      I certify that on October 16, 2014, I served a true copy of this document by electronic filing on all counsel of record.

                                                    */s/ Stephen Churchill*
                                                    Stephen Churchill