# United States Court of Appeals
## For the First Circuit

No. 14-1135

99 RESTAURANTS, LLC

Petitioner - Appellant

v.

CONSTANZA KIRAN, on behalf of herself and all others similarly situated

Respondent - Appellee

Before

Lynch, <u>Chief Judge</u>,
Lipez and Thompson, <u>Circuit Judges</u>.

**ORDER OF COURT**
Entered: October 17, 2014

      In light of the importance of the issues raised by the parties in the above-captioned case, the court requests that the United States Department of Labor and the Civil Division of the United States Department of Justice file a brief as amicus curiae addressing the issues raised in this case. The court welcomes any other comments the Department of Labor and the Civil Division deem appropriate.

      The court also invites other interested parties to request leave to file an amicus brief.

      The clerk shall send notice of this request to the agencies listed above and to those institutions listed on Appendix A, whose names were provided by the parties to this lawsuit. Those institutions, and any other interested parties, may file motions requesting leave to participate as amici within fourteen (14) days of the date of this order. Amici shall identify the attorneys representing them in their motions requesting leave to file.

      All briefs shall not exceed twenty-five (25) pages in length and shall otherwise comply with the applicable local rules of this court. Any amicus briefs shall be filed electronically on or before forty five (45) days from the date of this order with ten additional copies of the brief filed in paper.

                                                       By the Court:
                                                         /s/ Margaret Carter, Clerk

Appendix A

American Arbitration Association
Massachusetts AFL-CIO
Massachusetts Employment Lawyers Association
Massachusetts Office of the Attorney General
National Consumer Law Center
National Employment Lawyers Association
National Employment Law Project
Public Justice P.C.
Service Employees International Union
United States Chamber of Commerce
New England Legal Foundation
DRI - The Voice of the Defense Bar
Pacific Legal Foundation
Equal Employment Advisory Council
Business Roundtable
International Association of Defense Counsel
Center for Class Action Fairness

cc:
Michael Mankes
Jennifer Robinson
Tara L. Presnell
Burt M. Rublin
Hillary A. Schwab
Stephen S. Churchill
Brant Casavant
American Arbitration Association
Massachusetts AFL-CIO
Massachusetts Employment Lawyers Association
Massachusetts Office of the Attorney General
National Consumer Law Center
National Employment Lawyers Association
National Employment Law Project
Public Justice P.C.
Service Employees International Union
United States Chamber of Commerce
New England Legal Foundation
DRI - The Voice of the Defense Bar
Pacific Legal Foundation
Equal Employment Advisory Council
Business Roundtable
International Association of Defense Counsel
Center for Class Action Fairness
U.S. Department of Labor
U.S. Department of Justice